UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENSON TOUSSAINT,<br><br>                        Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>                        Respondents. | Case No.: 25-cv-3383-CAB-AHG<br><br>**ORDER REQUIRING A BOND HEARING**<br><br>[Doc. No. 1] |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Mackenson Toussaint ("Petitioner"). [Doc. No. 1 ("Petition").] Petitioner asserts he is being detained by Immigration and Customs Enforcement ("ICE") without a bond hearing in violation of 8 U.S.C. § 1226(a) and the Fifth Amendment. [*Id.* at 7–9.]

On December 19, 2025, Respondents filed a Supplemental Brief stating that:

Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). The *Bautista* court has entered final judgement as to the Bond Eligible Class. *Bautista*, [Doc. No.] 94. Accordingly, Respondents acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).

[Doc. No. 6 at 2.]

1  　　　The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond
2  hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated
3  regulations by **January 2, 2026**.  Respondents are further **ORDERED** to update this Court
4  on the status of Petitioner's bond hearing by **January 5, 2026**.  Once Respondents confirm
5  Petitioner has received an individualized bond hearing, the Court will dismiss the case.
6  　　　It is **SO ORDERED.**

8  Dated:  December 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge