# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MACKENSON TOUSSAINT, | Case No.: 3:25-cv-03383-CAB-AHG |
|---|---|
| Petitioner, | **ORDER DISMISSING CASE** |
| v. | |
| KRISTI NOEM, et al., | [Doc. No. 1] |
| Respondents. | |

Petitioner Mackenson Toussaint filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] After Respondents acknowledged that pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, Petitioner was detained under 8 U.S.C. § 1226(a), this Court ordered a bond hearing pursuant to § 1226(a) and its associated regulations. [Doc. No. 7.] Petitioner subsequently received a bond hearing on January 2, 2026. [Doc. No. 8.]

///
///
///
///
///
///

     Petitioner has received the relief his Petition requested and so the Court **DISMISSES** the case. <u>The Clerk of the Court shall close the case.</u>

     It is **SO ORDERED**.

Dated: February 6, 2026

                                                     Hon. Cathy Ann Bencivengo
United States District Judge